**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1368**

FENYANG AJAMU STEWART,

Plaintiff - Appellant,

v.

UNITED STATES,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:17-cv-00881-CMH-IDD)

Submitted:  August 16, 2018                    Decided:  August 20, 2018

Before WYNN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Fenyang Ajamu Stewart, Appellant Pro Se.  Dennis Carl Barghaan, Jr., Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fenyang Ajamu Stewart appeals the district court's orders dismissing his complaint and denying his Fed. R. Civ. P. 60(b)(1) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stewart v. United States*, No. 1:17-cv-00881-CMH-IDD (E.D. Va. Jan. 31, 2018 & Mar. 29, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
